

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00465-CV

**HOUSING AUTHORITY OF THE CITY OF ALICE**,
Appellant

v.

**TEXAS MUNICIPAL LEAGUE SELF-INSURANCE FUND**
aka Texas Municipal League Intergovernmental Risk Pool,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-03-54404-CV
Honorable Oscar (O.J.) Hale, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. The costs of this appeal are taxed against the appellant.

SIGNED August 8, 2018.

_____
Irene Rios, Justice